# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Roland McClendon and Bernice Braddy McClendon,**  
    Debtors.

Case No.: 19–30236–SDB

Judge: Susan D. Barrett

Chapter: 13

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

1) Notice is hereby given that a hearing to consider the **Motion for Relief from Stay** filed by **Lakeview Loan Servicing, LLC** will be held on:

    July 12, 2022, at 10:00 AM  
    U. S. Courtroom, U. S. Courthouse, Dublin, GA

2) *Within seven (7) days after the date of this notice, the movant/movant's attorney is directed to serve a copy of the motion, together with a copy of this notice, on the trustee, debtor, debtor's attorney, U.S. Trustee (except in Chapter 13 cases) and on those persons specified by the Bankruptcy Rules. A certificate of service shall be filed with the Court immediately thereafter.*

*Lucinda Rauback, Clerk*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **June 14, 2022**

## ORDER

    Pursuant to 11 U.S.C. Section 362(e), the automatic stay under 11 U.S.C. §362 is hereby continued and shall remain in full force and effect pending the final ruling on the motion, unless movant files an objection to any such extension prior to service of the motion.



Susan D. Barrett  
United States Bankruptcy Judge  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **June 14, 2022**  
*B−35 (Rev. 03/22) BJG*